**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

---

Short Title: _____  Docket No.: _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: _____

Firm: _____

Address: _____

Telephone: _____  Fax: _____

E-mail: _____

Appearance for: Securities Investor Protection Corporation /Statutory Intervenor
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm) (replacing Kevin H. Bell as lead counsel)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

---

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____  OR

☐ I applied for admission on _____.

Signature of Counsel: _____

Type or Print Name: _____