## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title:_____  Docket No.:_____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name:_____

Firm:_____

Address:_____

Telephone:_____  Fax:_____

E-mail:_____

Appearance for: Securities Investor Protection Corporation /Statutory Intervenor
(party/designation)

**Select One:**
☐ Substitute counsel (replacing lead counsel:_____)
(name/firm)

☐ Substitute counsel (replacing other counsel:_____)
(name/firm)

☐ Additional counsel (co-counsel with:_____)
(name/firm)

☐ Amicus (in support of:_____)
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel:_____

Type or Print Name:_____